UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1900**

VALERY V. CEASAR,

        Plaintiff - Appellant,

    v.

NANCY A. NORD, Acting Chairman, U.S. Consumer Product Safety
Commission; UNITED STATES OF AMERICA,

        Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Roger   W.   Titus, District Judge.
(8:07-cv-02641-RWT)

Submitted: August 20, 2009       Decided: August 24, 2009

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

John F. Mercer, MERCER LAW ASSOCIATES, PLLC, Washington, D.C.,
for Appellant. Michael Hertz, Acting Assistant Attorney General,
Rod J. Rosenstein, United States Attorney, Marleigh D. Dover,
Melissa N. Patterson, DEPARTMENT OF JUSTICE, Washington, D.C.,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Valery V. Ceasar appeals the district court's order granting summary judgment to Defendants on her claims of retaliation and employment discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Ceasar v. Nord, No. 8:07-cv-02641-RWT (D. Md. July 18, 2008). We grant Appellees' motion to file a supplemental appendix. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED